IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GRACE LYN HARVEY d/b/a GLM REALTY GROUP LLC, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 20-CV-02129-E-BK |
| VELOCITY COMMERCIAL CAPITAL LOAN TRUST, BSI FINANCIAL SERVICES, NATIONSTAR MORTGAGE LLC, MD GIBSON & BOLEN PL, AND DT SERVICE CO., | § § § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant Nationstar Mortgage LLC's *Motion to Dismiss* is **GRANTED**. Plaintiff has 14 days from the date of this order to amend her complaint to the extent set forth in the Magistrate Judge's Findings, Conclusions and Recommendation. If she does not do so, her claims will be **DISMISSED WITH PREJUDICE**.

SO ORDERED this 4th day of March, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE