IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GRACE LYN HARVEY d/b/a GLM REALTY GROUP LLC, | § § § | |
| PLAINTIFF, | § § | |
| v. | § § | CASE NO. 20-CV-02129-E-BK |
| VELOCITY COMMERCIAL CAPITAL LOAN TRUST, BSI FINANCIAL SERVICES, NATIONSTAR MORTGAGE LLC, MD GIBSON & BOLEN PL, AND TD SERVICE CO., | § § § § § § | |
| DEFENDANTS. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (Doc. 50). Plaintiff filed objections (Doc. 52). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants' motions to dismiss (Doc. 22; Doc. 24; Doc. 25) are GRANTED. Plaintiff and/or GLM Realty Group LLC shall retain licensed counsel to enter an appearance on behalf of GLM within 14 days of the day of this order. If this directive is not complied with, this case will be DISMISSED WITHOUT PREJUDICE by operation of law with no further notice.

SO ORDERED: January 27, 2022.

Ada Brown
UNITED STATES DISTRICT JUDGE